The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Electronically Filed: June 11, 2018

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re

MANOLITO ENDOZO MANALO

     Debtor.

CASE NO.: BK-S-18-11142-MKN

Chapter 13

**STIPULATION FOR ADEQUATE PROTECTION PAYMENTS**

     COMES NOW, HLS of Nevada LLC *dba* Nevada West Financial ("Creditor"), by and through its attorney, Christine A. Roberts, of The Law Offices of Christine A. Roberts PLLC, and Debtor Manolito Endozo Manalo by and through his counsel Michael Harker, Esq. and stipulate and agree to adequate protection payments.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

346400-v1

**STIPULATED FACTS**

1. On or about March 2, 2018, the Debtor filed this Chapter 13 Voluntary Petition and an order for relief was entered. Debtor has filed previous bankruptcies. Debtor filed a Chapter 7 bankruptcy, Case No. 10-24548, in which Debtor received a discharge on November 9, 2010. Debtor filed a Chapter 13 bankruptcy on April 15, 2013, Case No.: 13-13183, which was dismissed for failure to make plan payments on January 15, 2013. Debtor filed another Chapter 13 bankruptcy on June 29, 2016 and an order dismissing the case was February 6, 2018.

2. On or about January 10, 2013, Debtor, Manolito Endozo Manalo entered into a Vehicle Sale Agreement with Nevada West Financial for the 2007 Jeep Compass, Vin # 1J8FF57W87D144410 in the amount of $16,808.00. (*See* Motion, Exhibit 1, a copy of the agreement).

3. The agreement term commenced on February 24, 2013 and continued until January 24, 2019. According to the contact the Debtor agreed to pay $466.93 monthly at an annual interest rate of 24%. The loan payoff, including interest as of March 12, 2018, is $17,628.73.

4. Creditor has not received a payment on the vehicle loan since June 19, 2016.

5. Debtor has filed a plan which purports to cram down the value of the vehicle, and has filed a motion to value the collateral.

6. The parties have now reached a resolution to determine the value and for adequate protection payments as set forth below.

**SETTLEMENT TERMS**

IT IS HEREBY STIPULATED AND AGREED that Creditor and Debtor agree to value the collateral in the amount of $5,750;

IT IS FURTHER STIPUALTED AND AGREED that Debtor shall pay the interest rate of 6.5%;

IT IS FURTHER STIPUALTED AND AGREED that Debtor shall make his regular monthly adequate protection payments of $176.23 beginning July 1, 2018 and on the first day each month thereafter for 35 months;

346400-v1

1     IT IS FURTHER STIPULATED AND AGREED that if Debtor fails to make any payment timely pursuant to the terms of this stipulation Nevada West Financial may file an ex parte application for an order for relief from stay for Debtor to turn over the vehicle to the Creditor or allowing the Creditor to repossess the vehicle immediately;

    IT IS FURTHER STIPULATED AND AGREED that this stipulation and order shall remain in full effect and shall be binding until the conversion or dismissal of the case;

    IT IS FURTHER STIPUALTED AND AGREED that if Debtor defaults on any payments and the case is converted or dismissed all sums due and owing under the contract and all terms of the original contract shall remain in effect;

    IT IS FURTHER STIPUALTED AND AGREED that Debtor shall maintain insurance on the vehicle and timely pay any and all registration fees for the vehicle.

Dated this 11th day of June 2018            Dated this 11th day of June 2018

*/s/ Christine A. Roberts*                    */s/ Michael J. Harker*
Christine A. Roberts, Esq.                      Michael J. Harker, Esq.
Law Offices of Christine A. Roberts
3815 S. Jones Blvd. Ste. 5
Las Vegas, NV 89103

346400-v1