_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 18, 2018

The Law Offices of Christine A. Roberts PLLC
Christine A. Roberts, Esq.
Nevada Bar No: 6472
3815 S. Jones Blvd. Suite 5
Las Vegas, NV 89103
Telephone: (702) 728-5285
Email: christine@crobertslaw.net

Attorneys for HLS of Nevada LLC *dba* Nevada West Financial

UNITED STATES BANKRUPTCY COURT
District of Nevada

| | |
|---|---|
| In Re<br><br>MANOLITO ENDOZO MANALO<br><br>            Debtor. | CASE NO.: BK-S-18-11142-MKN<br><br>Chapter 13<br><br>**ORDER GRANTING STIPULATION FOR ADEQUATE PROTECTION PAYMENTS** |

    Creditor, HLS of Nevada LLC *dba* Nevada West Financial of the above-entitled bankruptcy Estate ("the Creditor"), by and through its attorney Christine A. Roberts, Esq. of The Law Offices of Christine A. Roberts PLLC, and Debtor, Manolito Manalo by and through her counsel Michael Harker, Esq. having filed a stipulation [Dkt. No. 51] resolving Creditor's Motion for Relief From Stay [Dkt. No. 26] and Debtor's Motion to Value Collateral [Dkt. No. 41] the court orders the following:

- 1 -

346400-v1

1
2     **IT IS HEREBY ORDERED** that the Stipulation including all of the terms therein is
3 approved;
4     **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the hearing on the
5 Motion for Relief From Stay and Motion to Value Collateral currently scheduled for July 18, 2018 at
6 2:30 p.m. are hereby vacated;
7     **IT IS SO ORDERED.**
8     Submitted by:

Dated this 14th day of June, 2018

    */s/Christine A. Roberts*
CHRISTINE A. ROBERTS, ESQ.
LAW OFFICES OF CHRISTINE A. ROBERTS
3815 S Jones Blvd. Suite 5
Las Vegas, NV 89103
Attorney for HLS of Nevada LLC *dba* Nevada West Financial

- 2 -

346400-v1